1   DANIEL J. BRODERICK, #89424
    Federal Defender
2   MELODY M. WALCOTT, Bar #219930
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, California  93721-2226
    Telephone: (559) 487-5561
5
    Attorney for Defendant
6   JANICE CRAMER

7

8                      IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          )   NO. 1:07-cr-00106 OWW
                                        )
12                  Plaintiff,          )   STIPULATION TO CONTINUE STATUS
                                        )   CONFERENCE HEARING; ORDER
13        v.                            )
                                        )   Date:  September 24, 2007
14   JANICE CRAMER,                     )   Time:  9:00 A.M.
                                        )   Judge: Hon. Oliver W. Wanger
15                  Defendant.          )
                                        )
16   _____)

17

18        **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

19   counsel, that the status conference hearing in the above-referenced matter now set for August 27, 2007,

20   **may be continued to September 24, 2007 at 9:00 A.M.**

21        This continuance is requested by counsel for the defendant to allow additional time for defense

22   preparation and further investigation prior to hearing, and will conserve time and resources for both

23   counsel and the court.

24   ///

25   ///

26   ///

27   ///

28   ///

1    The parties also agree that the delay resulting from the continuance shall be excluded in the

2    interests of justice, pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

3                                                    McGREGOR W. SCOTT
                                                     United States Attorney

4

5    DATED:  August 23, 2007              By  /s/  Sherrill A. Carvalho
                                                     SHERRILL A. CARVALHO
6                                                    Assistant United States Attorney
                                                     Attorney for Plaintiff

7

8

9                                                    DANIEL J. BRODERICK
                                                     Federal Public Defender

10

11   DATED:  August 23, 2007              By  /s/ Melody M. Walcott
                                                     MELODY M. WALCOTT
12                                                   Assistant Federal Defender
                                                     Attorney for Defendant
13                                                   JANICE CRAMER

14

15

16                                       **O R D E R**

17        **IT IS SO ORDERED**.  Time is excluded in the interests of justice pursuant to 18 U.S.C.

18   §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

19        IT IS SO ORDERED.

20   **Dated:    August 24, 2007**                **/s/ Oliver W. Wanger**
                                                     UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

Stipulation to Continue Status Conference
Hearing; [Proposed] Order                  −2−