1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MELODY M. WALCOTT, Bar #219930
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561

5

6  Attorney for Defendant
   JANICE CRAMER

7

8             IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   NO. 1:07-cr-00106 OWW
                                     )
12                  Plaintiff,       )   STIPULATION TO CONTINUE STATUS
                                     )   CONFERENCE HEARING; ORDER
13        v.                         )
                                     )   Date:  November 5, 2007
14  JANICE CRAMER,                   )   Time:  9:00 A.M.
                                     )   Judge: Hon. Oliver W. Wanger
15                  Defendant.       )
                                     )
16  _____     )

17

18       **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

19  counsel, that the status conference hearing in the above-referenced matter now set for October 22, 2007,

20  **may be continued to November 5, 2007 at 9:00 A.M.**

21       This continuance is requested to allow counsel for the defendant additional time for defense

22  preparation and further investigation prior to hearing, and because counsel for the government will not be

23  available on October 22, 2007, the date now set for hearing.  The requested continuance  will conserve

24  time and resources for both counsel and the court.

25  ///

26  ///

27  ///

28  ///

1    The parties also agree that the delay resulting from the continuance shall be excluded in the

2    interests of justice, pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

McGREGOR W. SCOTT
United States Attorney

3

4

5    DATED:  October 1, 2007                    By  /s/  Sherrill A. Carvalho

6                                                  SHERRILL A. CARVALHO
                                                   Assistant United States Attorney
                                                   Attorney for Plaintiff

7

8

9                                                  DANIEL J. BRODERICK
                                                   Federal Public Defender

10

11   DATED:  October 1, 2007                    By  /s/ Melody M. Walcott

12                                                  MELODY M. WALCOTT
                                                    Assistant Federal Defender
                                                    Attorney for Defendant
13                                                  JANICE CRAMER

14

15

16                                  **O R D E R**

17        **IT IS SO ORDERED**.  Time is excluded in the interests of justice pursuant to 18 U.S.C.

18   §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

19        IT IS SO ORDERED.

20   **Dated:    October 2, 2007**          _/s/ Oliver W. Wanger_
                                            UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

Stipulation to Continue Status Conference
Hearing; [Proposed] Order                   −2−