PROB 35A

**ORDER TERMINATING TERM OF PROBATION
PRIOR TO EXPIRATION DATE - NOTICE OF DEATH**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | Docket Number:  1:07CR00106-001 OWW |
| | ) | |
| **JANICE CRAMER** | ) | |
| | ) | |

On May 5, 2008, the above-named was placed on probation for a period of 5 years.

On April 21, 2011, this office was notified by the Department of Public Health in Fresno, California, that the offender was confirmed dead by Dr. Anuradha Suri as of March 6, 2011 (copy of the notification is on file).  It is accordingly recommended this case be closed as of the date of death.

Respectfully submitted,

/s/ Brian J. Bedrosian

**BRIAN J. BEDROSIAN
United States Probation Officer**

Dated:   April 21, 2011
         Fresno, California
         BB

**REVIEWED BY:**     /s/ Robert A. Ramirez
                    **ROBERT A. RAMIREZ
                    Supervising United States Probation Officer**

1

**Re:   JANICE CRAMER**
       **Docket Number:   1:07CR00106-001 OWW**
       **ORDER TERMINATING TERM OF PROBATION**
       **PRIOR TO EXPIRATION DATE - NOTICE OF DEATH**

---

### ORDER OF COURT

It appearing that the offender, Janice Cramer, is deceased, it is hereby ordered the proceedings in this case be terminated and the case closed.

April 24, 2011                                          /s/OLIVER W. WANGER
**Date**                                                **OLIVER W. WANGER**
                                                        **Senior United States District Judge**

(Notification copy on file)

cc:    AUSA - Sherrill Carvalho

       FLU Unit - United States Attorney's Office

       Fiscal Clerk - Clerk's Office

       Restitution Accounts - Victims